# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PAMELA JOYCE WISE, | § |
| | § Civil Action No. 4:17-CV-14 |
| v. | § (Judge Schell/Judge Nowak) |
| | § |
| COMMISSIONER, SSA, | § |
| | § |

## **MEMORANDUM OPINION AND ORDER**

The court, having reviewed Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Dkt. #20) and Commissioner's Response to Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Dkt. #21), wherein Defendant states it has no objection to Plaintiff's request, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion (Dkt. #20) is **GRANTED**, and the Commissioner is directed to pay seven thousand two hundred thirty-nine dollars and zero cents ($7,239.00)[1] as reasonable attorney's fees and costs payable to Plaintiff, such payment to be mailed to Plaintiff's counsel.

**IT IS SO ORDERED**.

**SIGNED this the 13th day of June, 2018.**

*(signature)*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act requests $7,238.00 (Dkt. #20-1 at p.4) and $7,239.00 respectively (Dkt. #20 at p. 3). But as Defendant noted, Plaintiff's request for a fee of $190 per hour for 38.1 hours worked equals $7,239.00 (Dkt. #21 at p. 1). Hence, the Court adopts the latter figure.